UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERTO ORTIZ,

        Plaintiff,

v.

C NOLL et al,

        Defendant.

Case Number: CV09-05995 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roberto Ortiz
H-00136
PO Box 689
Soledad, CA 93960-0689

Attorney General's Office
455 Golden Gate Ave
San Francisco, CA 94102

Dated: January 7, 2010

        Richard W. Wieking, Clerk
        By: Dawn Toland, Deputy Clerk